**FILED**

JUN 04 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. PRIEGO,<br><br>    Plaintiff,<br><br>v.<br><br>RANDY GROUNDS, et al.,<br><br>    Defendants. | No. C 13-00174 EJD (PR)<br><br>JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to exhaust his administrative remedies prior to filing this action. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 6/4/13

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\EJD\CR.13\00174Priego_judgment.wpd

1

Case 5:13-cv-00174-EJD   Document 13   Filed 06/04/13   Page 2 of 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO ADRIAN PRIESO,

        Plaintiff,

v.

RANDY GROUNDS, et al.,

        Defendants.

Case Number: CV13-00174 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/04/13, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gustavo Adrian Priego P-87815
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960-1050

Dated: 6/04/13

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk